Order issued February 7 , 2013



In The

## Court of Appeals
## Fifth District of Texas at Dallas

_____

### No. 05-11-00884-CV

_____

### IN RE PHILLIPPE PADIEU, Relator

_____

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-82277-07**

_____

## ORDER

Before Justices Francis, Myers, and Evans

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of

mandamus. We **ORDER** that relator bear the costs of this original proceeding.

DAVID EVANS
JUSTICE